**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAWN MOSES** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO.  14-4744** |
| | : | |
| **POLICE OFFICER SOTO, ET AL.** | : | |

---

## ORDER

This 8th day of March, 2022, it is hereby **ORDERED** that Plaintiff's motion to reopen proceedings under Rule 60(b), ECF 39, is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge